George, Appellant, *v.* Ballisty et ux.

Argued December 9, 1975. *David A. Martino,* with him *Leonard N. Zito,* for appellant; *C. Paul Rogers, III,* with him *Hiscott, Robinson and Rogers,* for appellees.

Order affirmed.

Hackett, Appellant, *v.* Olmstead.

Argued December 12, 1975. *John A. Felix,* with him *Fine, Eisenbeis, Felix and Burchanowski,* for appellant; *William A. Hebe,* and *Spencer, Gleason & Hebe,* submitted a brief for appellee.

Order affirmed.

VAN DER VOORT, J., absent.

Hagan et al. *v.* Tobler (et al., Appellant).

Argued December 11, 1975. *John F. McDevitt, Jr.,* with him *Frank X. O'Brien,* for appellant; *Norman H. Abrahamson,* with him *Meyer, Lasch, Hankin & Poul,* for appellees.

Order affirmed.